Daniel C. Fleming (NJ ID 18631986)
WONG FLEMING, P.C.
821 Alexander Road, Suite 200
Princeton, NJ 08540
Telephone: (609) 951-9520
Fax: (609) 951-0270
dfleming@wongfleming.com
*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Newark

| | |
|---|---|
| DR. ADARSH DALAL,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CIVIL ACTION NO. |

### NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

TO PLAINTIFF DR. ADARSH DALAL AND TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

1.    PLEASE TAKE NOTICE THAT Defendant Apple Inc. hereby removes to this Court the State Court Action described below, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

2.    PLEASE TAKE FURTHER NOTICE THAT a true and correct copy of this Notice of Removal is being promptly served and filed concurrently with the Clerk of the Superior Court of New Jersey, Bergen Vicinage, as an exhibit to the Notice of Filing of Notice of Removal being filed in that Court, pursuant to 28 U.S.C. §1446(d).

3.    On June 16, 2025, this action was filed in the Superior Court of New Jersey, Bergen Vicinage by Dr. Adarsh Dalal. The action is styled Dr. Adarsh Dalal v. Apple Inc., Docket No.

BER-L-004009-25 (the "State Court Action"). A true and correct copy of the Summons, Verified Complaint, and Track Assignment Notice is attached hereto as Exhibit A.

4.      On July 1, 2025 Apple was served with the State Court Action Summons and Verified Complaint.  This notice is filed within 30 days after the receipt by Apple of the Summons and Verified Complaint and within one year of the commencement of the State Court Action.  It is therefore timely pursuant to 28 U.S.C. § 1446(b).  See, e.g., Delalla v. Hanover Ins., No. CIV. 09-2340 RBK/JS, 2009 WL 3379915, at *1 (D.N.J. Oct. 16, 2009).

5.      Plaintiff alleges a violation of the federal Wiretap Act (i.e., the Electronic Communications Privacy Act), 18 U.S.C. § 2510 et seq., in Count VI of his Verified Complaint.

6.      Removal is proper where an essential element of Plaintiff's complaint is a right or immunity created by U.S. law.  Volz v. Somerset Cty. Jail, 2021 US Dist. LEXIS 94050 (D.N.J. 2021).

7.      Because a claim in this matter directly arises out of, and substantially implicates, federal law, this Court has jurisdiction over the matter based on federal question jurisdiction.  28 U.S.C. § 1331.

8.      A copy of this Notice of Removal is being served via U.S.P.S. first class mail upon Plaintiff, Dr. Adarsh Dalal, 16 Trudy Drive, Lodi, NJ 07644, pursuant to 28 U.S.C. § 1446(d). Plaintiff filed his Verified Complaint in the State Court Action without counsel and is representing himself pro se.

9.      Apple has been served with no other papers, pleadings, or orders in this action.

10.      Because there are no other defendants in this action, no consent to removal is necessary.

11.      This Notice of Removal has been signed pursuant to Fed. R. Civ. P. 11.

2

WHEREFORE, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Apple Inc. respectfully requests that the State Court Action be removed from the Superior Court of New Jersey, Law Division, Bergen Vicinage, to the United States District Court for the District of New Jersey.

Respectfully submitted,

Dated: July 30, 2025

By: /s/ Daniel C. Fleming
Daniel C. Fleming
Wong Fleming
821 Alexander Road, Suite 200
Princeton, NJ 08540
Telephone: (609) 951-9520
Facsimile: (609) 951-0270
E-mail: dfleming@wongfleming.com
*Attorney for Defendant Apple Inc.*

## CERTIFICATION PURSUANT TO L.Civ. R. 11.2

Pursuant to Local Civil Rule 11.2, I hereby certify under penalty of perjury that the matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding, except for *Lopez v. Apple Inc.*, Case No. 4:19-CV-04577-JSW-SK (N.D. Cal.). Plaintiff has submitted a request for exclusion from the settlement of that matter and elected instead to file the present action.

Executed on: July 30, 2025

/s/ Daniel C. Fleming
Daniel C. Fleming

3